UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:07-CR-197 GEB |
| v. | ) | |
| | ) | |
| MARCO ANTONIO SALINAS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    MARCO ANTONIO SALINAS
Detained at (custodian):    **CSP SOLANO**

Detainee is:    a.)    (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                            charging detainee with: Being a Deported Alien Found in the United States
     or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                           is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

_____
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Marco Antonio Guerrero, Marco Guerrero, Marco Antonio Salinas Guerrero | Male X Female ___ | |
| Booking or CDC #: | V57384 | DOB: | |
| Facility Address: | 2100 Peabody Road | Race: | |
| | Vacaville, CA 45687 | FBI #: 882456DB4 | |
| Facility Phone: | 707-451-0182 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____      By: _____
                                                               (Signature)