```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARCO ANTONIO SALINAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0197 GEB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| MARCO ANTONIO SALINAS, | ) | Date: November 2, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and MARCO ANTONIO SALINAS, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 12, 2007, be vacated and rescheduled for status conference on November 2, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel has not yet received the Pre-Plea Pre-Sentence report and will need additional time to review said report with defendant and an interpreter.

1        IT IS FURTHER STIPULATED that the period from October 12, 2007,
2   through and including November 2, 2007, be excluded in computing the
3   time within which trial must commence under the Speedy Trial Act,
4   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5   continuity and preparation of counsel.
6                             Respectfully submitted,
7   Dated: October 10, 2007
8                                       DANIEL J. BRODERICK
                                        Federal Defender
9
                                        /s/ Matthew C. Bockmon
10                                      _____
                                        MATTHEW C. BOCKMON
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      MARCO ANTONIO SALINAS
13
14  Dated: October 10, 2007
15                                      MCGREGOR W. SCOTT
                                        United States Attorney
16
                                        /s/ Matthew C. Bockmon for
17                                      _____
                                        KYLE REARDON
18                                      Assistant U.S. Attorney
                                        per telephonic authority
19
20
21                            **O R D E R**
22  IT IS SO ORDERED.
23  Dated:  October 19, 2007
24
25                                      _____
                                        GARLAND E. BURRELL, JR.
26                                      United States District Judge
27
28

Stip and Order                        -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28