1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   MARCO ANTONIO SALINAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-0197 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| MARCO ANTONIO SALINAS, | Date: December 7, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and MARCO ANTONIO SALINAS, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 2, 2007, be vacated and rescheduled for status conference on December 7, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel has not yet received the Pre-Plea Pre-Sentence report and will need additional time to review said report with defendant and an interpreter.

1  IT IS FURTHER STIPULATED that the period from November 2, 2007,
2 through and including December 7, 2007, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6                         Respectfully submitted,
7 Dated: October 31, 2007

8                                   DANIEL J. BRODERICK
                                    Federal Defender
9
                                    /s/ Matthew C. Bockmon
10                                  _____
                                    MATTHEW C. BOCKMON
11                                  Assistant Federal Defender
                                    Attorney for Defendant
12                                  MARCO ANTONIO SALINAS

13

14 Dated: October 31, 2007

15                                  MCGREGOR W. SCOTT
                                    United States Attorney
16
                                    /s/ Matthew C. Bockmon for
17                                  _____
                                    KYLE REARDON
18                                  Assistant U.S. Attorney
                                    per telephonic authority
19

20

21                         **O R D E R**

22 IT IS SO ORDERED.

23 Dated: October 31, 2007

24                                  _____
                                    GARLAND E. BURRELL, JR.
25                                  United States District Judge

26

27

28

Stip and Order                          -2-