```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARCO ANTONIO SALINAS
 7
 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA,    ) No. CR-S-07-0197 GEB
13                               )
                  Plaintiff,     )
14                               ) STIPULATION AND [PROPOSED] ORDER
        v.                       ) CONTINUING STATUS CONFERENCE
15                               )
    MARCO ANTONIO SALINAS,       ) Date:  January 25, 2008
16                               ) Time:  9:00 a.m.
                  Defendant.     ) Judge: Hon. Garland E. Burrell,
17                               )        Jr.
    _____)
18
```

19    It is hereby stipulated and agreed to between the United States of
20 America through Kyle Reardon, Assistant United States Attorney, and
21 MARCO ANTONIO SALINAS, by and through his counsel, Matthew C. Bockmon,
22 Assistant Federal Defender, that the status conference presently
23 scheduled for December 7, 2007, be vacated and rescheduled for status
24 conference on January 25, 2008, at 9:00 a.m.
25    This continuance is being requested because defense counsel needs
26 additional time to review the Pre-Plea Pre-Sentence Report with
27 defendant and an interpreter.
28    IT IS FURTHER STIPULATED that the period from December 7, 2007,

through and including January 25, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: December 4, 2007

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Matthew C. Bockmon
          _____
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          MARCO ANTONIO SALINAS

Dated: December 4, 2007

          MCGREGOR W. SCOTT
          United States Attorney

          /s/ Matthew C. Bockmon for
          _____
          KYLE REARDON
          Assistant U.S. Attorney
          per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: December 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge